UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:97-cr-179-T-23MAP

CHARLES AREY GOINS, JR.
_____/

**ORDER**

On August 4, 2006, the United States Probation Office filed an August 2, 2006, amended petition for revocation of the defendant's supervised release (Doc. 114).[*] At the hearing on August 9, 2006, appointed counsel, Mark Ciaravella, represented the defendant and Assistant United States Attorney Donald Hansen represented the United States.

The defendant admits committing the Grade B violation described in the petition. Accordingly, the court adjudges the defendant guilty of violating the terms of his supervised release. In consideration of the factors specified in 18 U.S.C. § 3553(a), including applicable guidelines and policy statements issued by the United States Sentencing Commission, the defendant's term of supervised release is **REVOKED**. The defendant is sentenced to thirty (30) days of imprisonment with no supervised release to

---

[*] The defendant having pled guilty to count one of an indictment, the court imposed a sentence on October 2, 1997, of forty-one months of imprisonment and three years of supervised release.

follow.        The defendant is remanded to the custody of the United States Marshal to await designation and incarceration by the Bureau of Prisons.

ORDERED in Tampa, Florida, on August 10, 2006.

                                      STEVEN D. MERRYDAY
                                      UNITED STATES DISTRICT JUDGE

cc:    United States Marshal
       United States Probation
       Counsel of Record